UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV09-3869-CAS(CTx) | Date | August 28, 2009 |
|---|---|---|---|
| Title | E.D.; ET AL. v. UNITED STATES OF AMERICA; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 14, 2009** why this action should not be dismissed for lack of prosecution **as to defendants UNITED STATES OF AMERICA; POINT MUGU NAVY BASE; DEPARTMENT OF THE NAVY**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   A proof of service of summons and complaint on **defendants UNITED STATES OF AMERICA; POINT MUGU NAVY BASE; DEPARTMENT OF THE NAVY**

on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV09-3869-CAS(CTx) | Date | August 28, 2009 |
| Title | E.D.; ET AL. v. UNITED STATES OF AMERICA; ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE**

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 14, 2009** why this action should not be dismissed for lack of prosecution **as to defendants UNITED STATES OF AMERICA; POINT MUGU NAVY BASE; DEPARTMENT OF THE NAVY**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1)   A proof of service of summons and complaint on **defendants UNITED STATES OF AMERICA; POINT MUGU NAVY BASE; DEPARTMENT OF THE NAVY**

on or before the above date, as a satisfactory response to the Order to Show Cause.

00 : 00

Initials of Preparer   CMJ